# United States District Court for the Northern District of Illinois

Case Number: 07cv7000                    Assigned/Issued By: j. n.

Judge Name:                              Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00    ☐ $39.00    ☐ $5.00
                ☐ IFP        ☒ No Fee    ☐ Other _____
                ☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____           Receipt #: _____

Date Payment Rec'd: _____            Fiscal Clerk: _____

---

**ISSUANCES**

☒ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
                                       _____
☐ Wage-Deduction Garnishment Summons   _____
                                       (Victim, Against and $ Amount)
☐ Citation to Discover Assets

☐ Writ _____
       (Type of Writ)

__3__ Original and __3__ copies on __12-27-07__ as to __U.S. ATTNY GENERAL,__
                                         (Date)
MICHAEL MUKASEY; U,S, ARMY CORPS OF ENGINEERS; U. S. OF AMERICA
_____

C:\wpwin80\docket\feeinfo.frm     03/14/05