AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Country Mutual Insurance Company

V.

Sho-Deen, Inc., Sho-Deen Construction Company, LLC, United States of America, and the United States Army Corps of Engineers

CASE NUMBER: 07 C 7000

ASSIGNED JUDGE: Joan Humphrey Lefkow

DESIGNATED MAGISTRATE JUDGE: Martin C. Ashman

TO: (Name and address of Defendant)

United States Army Corps of Engineers

~~Sanford A. Soloman~~ Kim Sabo
District Counsel
111 N. Canal St., 6th Fl.
Chicago, Illinois 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael D. Sanders
Purcell & Wardrope, Chtd.
10 S. LaSalle Street, Suite 1200
Chicago, Illinois 60603

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

DATE 12/27/07

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE: January 3, 2008 |
| NAME OF SERVER (PRINT): Jerry D. Dover | TITLE: Special Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 111 N. Canal St., 6th Fl.  Chicago, IL 60606

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  January 3, 2008      [signature]
              Date                  Signature of Server

7 S. Lincoln St., Suite 201
Hinsdale, IL 60521

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.