UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| COUNTRY MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 07 C 7000 |
| SHO-DEEN, INC., SHO-DEEN CONTRUCTION COMPANY, LLC, UNTIED STATES OF AMERICA, and UNITED STATES ARMY CORPS OF ENGINEERS, | ) ) ) ) ) ) | Judge Lefkow |
| Defendants. | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

                                                  Respectfully submitted,

                                                  PATRICK J. FITZGERALD
                                                  United States Attorney

                                                  By: s/ Kurt N. Lindland
                                                      KURT N. LINDLAND
                                                      Assistant United States Attorney
                                                      219 South Dearborn Street
                                                      Chicago, Illinois 60604
                                                      (312) 353-4163
                                                      Kurt.Lindland@usdoj.gov

**CERTIFICATE OF SERVICE**

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

    **ATTORNEY DESIGNATION**

were served on February 25, 2008 pursuant to the district court's ECF system as to ECF filers.

                                           s/ Kurt N. Lindland
                                           KURT N. LINDLAND
                                           Assistant United States Attorney
                                           219 South Dearborn Street
                                           Chicago, Illinois 60604
                                           (312) 353-4163