3549 MDS; CF021

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| COUNTRY MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 2007 C 7000 |
| SHO-DEEN, INC., SHO-DEEN CONSTRUCTION COMPANY, LLC, UNITED STATES OF AMERICA, and the UNITED STATES ARMY CORPS OF ENGINEERS, | ) ) ) ) ) ) | Honorable Joan Humphrey Lefkow |
| Defendants. | ) | |

### MOTION TO DISMISS

NOW COMES Plaintiff, COUNTRY MUTUAL INSURANCE COMPANY, and moves this Court to dismiss Defendants SHO-DEEN, INC. and SHO-DEEN CONSTRUCTION COMPANY, LLC. (collectively "Sho-Deen") pursuant to stipulation and in support thereof states as follows:

1. This declaratory judgment action arises out of a lawsuit filed by the United States of America against Sho-Deen entitled *United States of America v. Sho-Deen, Inc. and Sho-Deen Construction Company, LLC* bearing cause number 07 C 2900 ("Underlying Lawsuit"). Plaintiff filed this declaratory judgment action seeking a declaration that it owes no insurance coverage to Sho-Deen for the Underlying Lawsuits.

2. Plaintiff and Sho-Deen have agreed to a stipulation which is attached hereto as Exhibit A and incorporated herein by reference.

1

3. Therefore, Plaintiff requests this Court to dismiss Sho-Deen pursuant to the attached stipulation. A proposed order of dismissal has been sent to the Court pursuant to the Court's instructions on its website.

4. Additionally, Plaintiff requests this Court to dismiss the remaining defendants without prejudice.

WHEREFORE, Plaintiff, COUNTRY MUTUAL INSURANCE COMPANY respectfully requests this Court to enter the proposed order dismissing SHO-DEEN, INC. and SHO-DEEN CONSTRUCTION COMPANY, LLC. with prejudice and to dismiss the remaining defendants without prejudice.

Respectfully submitted,

COUNTRY MUTUAL INSURANCE COMPANY

By:    /s/ Michael D. Sanders
       Michael D. Sanders
       One of its Attorneys

Michael D. Sanders, Atty. Bar No. 6230187
PURCELL & WARDROPE, CHTD.
10 South LaSalle Street, Suite 1200
Chicago, Illinois 60603
Tel: (312) 427-3900
Fax: (312) 427-3944
E-mail: mds@pw-law.com

2

3549 MDS/TBU

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| COUNTRY MUTUAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | )   2007 C 7000 ) |
| SHO-DEEN, INC., SHO-DEEN CONSTRUCTION COMPANY, LLC, UNITED STATES OF AMERICA, and the UNITED STATES ARMY CORPS OF ENGINEERS, | ) ) ) ) ) |
| Defendants. | ) ) |

## STIPULATION

Please take notice that Plaintiff, COUNTRY MUTUAL INSURANCE COMPANY ("Country Mutual") and Defendant, SHO-DEEN, INC. and SHO-DEEN CONSTRUCTION COMPANY, LLC, ("Sho-Deen") hereby stipulate and agree as follows:

(1) This declaratory judgment action arises out of a lawsuit filed by the United States of America against Sho-Deen entitled *United States of America v. Sho-Deen, Inc. and Sho-Deen Construction Company, LLC* bearing cause number 07 C 2900 ("Underlying Lawsuit");

(2) No coverage exists for Sho-Deen for the Underlying Lawsuit under the Country Mutual insurance policies at issue in the declaratory judgment;

1

(3)  That Sho-Deen withdraws any claim for insurance coverage from Country Mutual for the Underlying Lawsuit;

(4)  That Country Mutual has no duty to defend and/or indemnify Sho-Deen for the Underlying Lawsuit;

(5)  The above-captioned declaratory judgment action should be dismissed with prejudice, *instanter*, with the parties to bear their own costs.

| **Country Mutual Insurance Company** | **Sho-Deen, Inc.** <br> **Sho-Deen Construction Company** |
|---|---|
| By: _[signature]_ <br> Michael D. Sanders <br> Purcell & Wardrope, Chtd. <br> 10 South LaSalle Street <br> Suite 1200 <br> Chicago, Illinois 60603 <br> (312) 427-3900 <br> (312) 427-3944 (facsimile) | By: _[signature]_ <br> William B. Phillips <br> McParland & Phillips, LLC <br> 221 North LaSalle Street <br> Suite 463 <br> Chicago, Illinois 60601 <br> (312) 634-1100 <br> (312) 634-1101 (facsimile) |

2