3549 MDS; CF021

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| COUNTRY MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 2007 C 7000 |
| SHO-DEEN, INC., SHO-DEEN CONSTRUCTION COMPANY, LLC, UNITED STATES OF AMERICA, and the UNITED STATES ARMY CORPS OF ENGINEERS, | ) ) ) ) ) ) | Honorable Joan Humphrey Lefkow |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:**  Kurt N. Lindland  
UNITED STATES ATTORNEY'S OFFICE  
219 South Dearborn Street, Suite 500  
Chicago, Illinois 60604  

William B. Phillips  
MCPARLAND & PHILLIPS, LLC  
221 North LaSalle Street, Suite 463  
Chicago, Illinois 60601  

**YOU ARE HEREBY NOTIFIED** that on **Thursday, March 6, 2008** at **9:30 AM**, we shall appear before the Honorable Joan Humphrey Lefkow in **Courtroom 1925** at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **PLAINTIFF'S MOTION TO DISMISS**, a copy of which is attached hereto and served upon you.

By: /s/ Michael D. Sanders  
Michael D. Sanders  
Attorneys for Plaintiff,  
COUNTRY MUTUAL INSURANCE COMPANY

PURCELL & WARDROPE, CHTD.  
10 South LaSalle Street, Suite 1200  
Chicago, IL 60603  
Telephone: (312) 427-3900  
F:\MDS\3549 Sho-Deen\Pleadings\NOM001.doc

## AFFIDAVIT OF MAILING

I, Sarah N. Johnson, being first duly sworn, upon oath, depose and state that affiant served a copy of the foregoing Notice of Motion and Documents electronically referenced herein to all attorneys of record, at their listed addresses, on **February 25, 2008.**

/s/ Sarah N. Johnson

**THIS DOCUMENT HAS BEEN ELECTRONICALLY SERVED UPON:**
Kurt N. Lindland
UNITED STATES ATTORNEY'S OFFICE
219 South Dearborn Street, Suite 500
Chicago, Illinois 60604


**THIS DOCUMENT HAS BEEN MANUALLY SERVED UPON:**
William B. Phillips
MCPARLAND & PHILLIPS, LLC
221 North LaSalle Street, Suite 463
Chicago, Illinois 60601

SUBSCRIBED AND SWORN to before

me this 25th day of February, 2008.

/s/ Josefina Rojas
Notary Public

"OFFICIAL SEAL"
Josefina Rojas
Notary Public, State of Illinois
My Commission Expires June 6, 2011

2