Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7000 | **DATE** | 3/6/2008 |
| **CASE TITLE** | Country Mutual Insurance Company vs. Sho-Deen, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to dismiss [12] is granted. Enter Order. Defendants Sho-Deen, Inc. and Sho-Deen Construction Company, LLC are dismissed with prejudice. Defendants the United States of America and the United States Army Corps of Engineers are dismissed without prejudice. Parties are to bear their own costs. Status hearing of 3/27/2008 stricken. Case dismissed. Civil Case Terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|