3549 MDS; CF021

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

COUNTRY MUTUAL INSURANCE )
COMPANY, )
                             )
        Plaintiff, )
                             )
         vs. )     No. 2007 C 7000
                             )
SHO-DEEN, INC., SHO-DEEN )     Honorable Joan Humphrey Lefkow
CONSTRUCTION COMPANY, LLC, )
UNITED STATES OF AMERICA, and the )
UNITED STATES ARMY CORPS OF )
ENGINEERS, )
                             )
        Defendants. )

## ORDER

THIS MATTER COMING TO BE HEARD on the Plaintiff's Motion to Dismiss, due notice having been given, and the Court being advised that the Plaintiff, COUNTRY MUTUAL INSURANCE COMPANY ("Country Mutual") and Defendants, SHO-DEEN, INC. and SHO-DEEN CONSTRUCTION COMPANY, LLC. ("Sho-Deen") have stipulated that:

1) This declaratory judgment action arises out of a lawsuit filed by the United States of American against Sho-Deen entitled *United States of American v. Sho-Deen, Inc. and Sho-Deen Construction Company, LLC* bearing cause number 07 C 2900 ("Underlying Lawsuit");

2) No coverage exists for Sho-Deen for the Underlying Lawsuit under the Country Mutual insurance policies at issue in the declaratory judgment;

3) That Sho-Deen withdraws any claim for insurance coverage from Country Mutual for the Underlying Lawsuit;

4) That Country Mutual has no duty to defend and/or indemnify Sho-Deen for the Underlying Lawsuit;

IT IS HEREBY ORDERED that SHO-DEEN, INC. and SHO-DEEN CONSTRUCTION COMPANY, LLC. are dismissed with prejudice. The UNITED STATES OF AMERICA and the UNITED STATES ARMY CORPS OF ENGINEERS are hereby dismissed without prejudice. The parties to bear their own costs.

*07C7000*

MAR 0 6 2008 ............2008

Entered:

_____

Judge